# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| MARY POWERS,<br><br>                        Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>                        Defendant. | No. CV 19-62-BU-SEH<br><br>**ORDER** |

The parties having filed a Stipulation for Dismissal With Prejudice[1],

ORDERED:

This case is DISMISSED with prejudice on the merits with each party to bear their own costs and attorneys' fees.

DATED this 26th day of June, 2020.

                                                      */s/ Sam E. Haddon*
                                                      SAM E. HADDON
                                                      United States District Judge

---

[1] Doc. 11.